# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mark Hagerman,<br><br>        Plaintiff<br><br>v.<br><br>NDOC, et al.,<br><br>        Defendants | Case No.: 2:24-cv-00109-CDS-NJK<br><br>**Order Terminating Case and Denying as Moot Plaintiff's Application to Proceed in Forma Pauperis**<br><br>[ECF Nos. 1, 3] |

The parties jointly stipulate to dismiss this action, requesting dismissal with prejudice. ECF No. 3. Once a stipulation between the parties who have appeared is properly filed, no order of the court is necessary to effectuate dismissal. Fed. R. Civ. P. 41(a)(1)(A)(ii). Case law concerning stipulated dismissals is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). Because the parties have filed a stipulation of dismissal of this case that is signed by all whom have made an appearance, this case has terminated. Consequently, plaintiff Mark Hagerman's application to proceed in forma pauperis **[ECF No. 1] is moot**. The Clerk of Court is kindly directed to close this case.

Dated: August 16, 2024

_____
Cristina D. Silva
United States District Judge